■ In the Matter of PIERRE WILLIAMS, Petitioner, v B.F. McAULIFFE, Department Superintendent, Cape Vincent Correctional Facility, et al., Respondents. [925 NYS2d 364]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [Hugh A. Gilbert, J.], entered October 20, 2010) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE SESSIONS, Also Known as KYLE SESSION, Appellant. [925 NYS2d 364]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered July 15, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Lindley, Green and Gorski, JJ.